UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

BRANCH BANKING AND TRUST COMPANY,

    Appellants,

v.

**JUDGMENT**

No. 5:15-cv-434-FL

STEPHEN L. BEAMAN, in his capacity as Chapter 7 Trustee for Construction Supervision Services, Inc.,

    Appellee.

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of appeal from an order of the United States Bankruptcy Court for the Eastern District of North Carolina.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered May 9, 2016, that the decision of the bankruptcy court is AFFIRMED.

**This Judgment Filed and Entered on May 9, 2016, and Copies To:**

Joseph H. Stallings  (via CM/ECF Notice of Electronic Filing)
Nicholas C. Brown (via CM/ECF Notice of Electronic Filing)
Jennifer Kathleen Bennington (via CM/ECF Notice of Electronic Filing)
Stephen Levi Beaman (via CM/ECF Notice of Electronic Filing)

May 9, 2016                      JULIE RICHARDS JOHNSTON, CLERK
                                      /s/ Christa N. Baker
                                      (By) Christa N. Baker, Deputy Clerk